**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffery PERKINS, Defendant–**
**Appellant.**

No. 08–10350
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 28, 2008.

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robin J. Farnsworth, Robert N. Berube, Federal Public Defender, Fort Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Before ANDERSON, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Robin Farnsworth, appointed counsel for Jeffrey Perkins, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record confirms counsel's conclusion that the record does not contain any potentially meritorious issues for appeal, we **GRANT** counsel's motion to withdraw and **AFFIRM** Perkins's conviction and sentence.